JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TATRO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>XOTICPC.COM, et al.,<br><br>　　　　　Defendants. | Case No. CV 19-6732-GW-SKx<br><br>**ORDER TO DISMISS** |

　　Based upon the Voluntary Notice of Dismissal, filed on March 11, 2020, it is hereby ORDERED that this action is dismissed with prejudice as to all of their individual claims and without prejudice as to the claims of any putative class member. Each party will bear its own attorneys' fees and expenses.

　　IT IS SO ORDERED.

Dated: March 12, 2020

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE